# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                           Case Number: 4:19–cr–00450

Lamont Ratcliff
Deborah Bradley
Richard Plezia

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Lamont Ratcliff, Deborah Bradley, Richard Plezia as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
by video

**DATE:** 12/9/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Interim Pretrial Conference

Date: November 9, 2020                                         David J. Bradley, Clerk