United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-00450 (3) |
| | § | |
| LAMONT RATCLIFF | § | |

**O R D E R**

ON THIS DAY came to be considered a Motion to Travel, and having been considered, said Motion is hereby:

__X__ GRANTED. Therefore, Mr. Ratcliff has permission to travel to Fort Lauderdale, FL on January 2, 2021 to January 4, 2021.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the __11th__ day of December 2020.

_____
THE HONORABLE LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE