# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 28 2020

David J. Bradley, Clerk of Court

20201211-118
Lamont Ratcliff
98918-479
2806 St Emanuel
Houston, TX US 77004

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, December 11, 2020
Case Number: 4:19-cr-00450
Document Number: 143 (1 page)
Notice Number: 20201211-118
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
DEC 28 2020
David J. Bradley, Clerk of Court



U.S. POSTAGE
ZIP 77002
02 1W
0000137461

NIXIE          773   PE 1    0012/22/

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010          *1365-10957-14