United States District Court
Southern District of Texas
**ENTERED**
February 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-19-450 |
| | § | |
| | § | **COMPLEX CASE** |
| LAMONT RATCLIFF | § | |
| DEBORAH BRADLEY | § | |
| RICHARD PLEZIA | § | |

**O R D E R**

Due to current COVID pandemic conditions and the General Order entered that extended jury trial deadlines to April 12, 2021, the government and defendants Lamont Ratcliff, Deborah Bradley and Richard Plezia jointly requested a continuance of the deadlines. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 24, 2021 |
| Responses are to be filed by: | June 7, 2021 |
| Final Pretrial Conference is set for: | **June 14, 2021 at 9:00 a.m** |
| Jury selection and trial are reset to: | **June 21, 2021 at 9:00 a.m.** |

SIGNED on February 19, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge